# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.           CASE NO. 6:19-cr-10140-EFM

**MANUEL GUTIERREZ-RIOS,**

      Defendant.

# INDICTMENT

### Count One

**21 U.S.C. § 846**
**(Conspiracy to Distribute a Controlled Substance)**

From on or about July 25, 2019 through on or about August 30, 2019, within the District of Kansas, the defendant,

**MANUEL GUTIERREZ-RIOS,**

did knowingly and intentionally conspire and agree together with coconspirators unindicted herein, and with others known and unknown to the grand jury, to distribute a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and 846.

## Count Two

**21 U.S.C. § 841(a)(1) and (b)(1)(C)**
**(Distribution of a Controlled Substance)**

On or about July 25, 2019, in the District of Kansas, the defendant,

**MANUEL GUTIERREZ-RIOS,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count Three

**21 U.S.C. § 841(a)(1) and (b)(1)(C)**
**(Distribution of a Controlled Substance)**

On or about July 31, 2019, in the District of Kansas, the defendant,

**MANUEL GUTIERREZ-RIOS,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count Four

**21 U.S.C. § 841(a)(1) and (b)(1)(C)**
**(Distribution of a Controlled Substance)**

On or about August 2, 2019, in the District of Kansas, the defendant,

**MANUEL GUTIERREZ-RIOS,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count Five

**21 U.S.C. § 841(a)(1) and (b)(1)(C)**
**(Distribution of a Controlled Substance)**

On or about August 15, 2019, in the District of Kansas, the defendant,

**MANUEL GUTIERREZ-RIOS,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Count Six

**21 U.S.C. § 841(a)(1) and (b)(1)(C)**
**(Distribution of a Controlled Substance)**

On or about August 27, 2019, in the District of Kansas, the defendant,

**MANUEL GUTIERREZ-RIOS,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## A TRUE BILL

October 9, 2019                             s/Foreperson
DATE                                        FOREPERSON OF THE GRAND JURY


 s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
stephen.mcallister@usdoj.gov

**It is requested that the trial be held in Wichita, KS**

4